651 A.2d 99

M. ALFIERI CO., INC., APPELLANT–APPELLANT, v. STATE OF NEW JERSEY, DEPARTMENT OF ENVIRONMENTAL PROTECTION AND ENERGY, RESPONDENT–RESPONDENT.

Argued October 24, 1994—Decided January 12, 1995.

*Charles Oransky* argued the cause for appellant (*Hellring Lindeman Goldstein & Siegal*, attorneys).

*Barbara Conklin*, Deputy Attorney General, argued the cause for respondent (*Deborah T. Poritz*, Attorney General of New

Jersey, attorney; *Mary C. Jacobson,* Assistant Attorney General, of counsel).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in the opinion of the Appellate Division, reported at 269 *N.J.Super.* 545, 636 *A.*2d 87 (1994).

*For Affirmance*—Chief Justice WILENTZ, and Justices HANDLER, POLLOCK, O'HERN, GARIBALDI and STEIN—6.

*Opposed*—None.